COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-16-00026-CV |
| Style: | Michael Barnett |
| | v. City of Southside Place |
| Date motion filed*: | March 9, 2016 |
| Type of motion: | Unopposed Motion for an Extension of Time to Conduct Mediation |
| Party filing motion: | Appellants |
| Document to be filed: | |

Is appeal accelerated?     No

If motion to extend time:

| | |
|---|---|
| Original due date: | March 21, 2016 |
| Number of previous extensions granted: | Current Due date: |
| Date Requested: | April 11, 2016 |

Ordered that motion is:

☑ **Granted**

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**The deadline for the parties to conduct mediation is extended to and including April 11, 2016.**

As directed in this Court's order, issued on February 1, 2016, no later than two days from the conclusion of the mediation, the parties and the mediator shall advise the Clerk of this Court in writing whether the parties did or did not settle the underlying dispute, and the mediator shall filed with the Clerk of this Court a completed "Appointment of Fee Report—Mediation" form. Nothing in this order modifies the timetables in the Texas Rules of Appellate Procedure regarding the appellate record and briefs.

Judge's signature: _____
    ☑ Acting individually     ☐ Acting for the Court

Panel consists of     /s/ Russell Lloyd

Date: March 17, 2016